**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

*Attorneys for Plaintiff,*
Mark Howell

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK HOWELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**GRINDR LLC,**<br><br>Defendant. | **Case No.:** 15-cv-1337 GPC (NLS)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. GONZALO P. CURIEL** |

///
///
///
///
///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the individual dispute between Plaintiff MARK HOWELL ("Plaintiff") and Defendant GRINDR LLC ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice and the claims of the putative class members without Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 29, 2016 for filing a Joint Dismissal.

Dated: September 29, 2016                                    Respectfully submitted,

                                                             **KAZEROUNI LAW GROUP, APC**

                                                             By: ____/s/ Matthew M. Loker____
                                                                   MATTHEW M. LOKER, ESQ.
                                                                   ATTORNEY FOR PLAINTIFF